SAMUEL C. REED, Respondent, v. EZRA A. HAYT, Appellant.

(Argued April 13, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 8, 1884, which affirmed a judgment in favor of plaintiff, entered on a verdict.

*Nathaniel C. Moak* for appellant.

*Samuel C. Reed* for respondent.

*Per Curiam mem.* for affirmance of judgment on opinion below.   (19 J. & S. 121.)
All concur.
Judgment affirmed.

---

JOHN P. HIER, Appellant, v. THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY and THEODORE HOUSTON and HORACE RUSSELL, its Receivers, Respondents.

(Submitted April 13, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 20, 1886, which reversed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term and directed judgment for defendants.

*John C. Hunt* for appellant.

*Waters & McLennan* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.